1  BILAL A. ESSAYLI
   United States Attorney
2  DAVID T. RYAN (Cal. Bar No. 295785)
   Assistant United States Attorney
3  Chief, National Security Division
   AMANDA ELBOGEN (Cal. Bar No. 332505)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-4491/5748
7       Facsimile:  (213) 894-2979
        E-mail:     david.ryan@usdoj.gov
8                   amanda.elbogen@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,          No. 2:25-cr-00283-MCS-1
13
             Plaintiff,               ORDER CONTINUING TRIAL DATE AND
14                                     FINDINGS REGARDING EXCLUDABLE TIME
                  v.                   PERIODS PURSUANT TO SPEEDY TRIAL
15                                     ACT (ECF No. 15)
   JOSE HENRY AYALA CASIMIRO,
16   aka "Henry Ayala,"              **[PROPOSED] TRIAL DATE: 12-9-2025**
     aka "ayalahenry818,"
17   aka "Cocohennn," and
     aka "CocohennnnXdddd,"
18
             Defendant.
19

20

21      The Court has read and considered the Stipulation Regarding

22  Request for (1) Continuance of Trial Date and (2) Findings of

23  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

24  parties in this matter on May 5, 2025.  The Court hereby finds that

25  the Stipulation, which this Court incorporates by reference into this

26  Order, demonstrates facts that support a continuance of the trial

27  date in this matter, and provides good cause for a finding of

28  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that:  (i) the ends of justice served by

2  the continuance outweigh the best interest of the public and

3  defendant in a speedy trial; (ii) failure to grant the continuance

4  would be likely to make a continuation of the proceeding impossible,

5  or result in a miscarriage of justice; and (iii) failure to grant the

6  continuance would unreasonably deny defendant continuity of counsel

7  and would deny defense counsel the reasonable time necessary for

8  effective preparation, taking into account the exercise of due

9  diligence .

10    THEREFORE, FOR GOOD CAUSE SHOWN:

11    1.    The trial in this matter is continued from June 10, 2025,

12  to December 9, 2025, at 8:30 a.m.  The status conference hearing is

13  continued to December 1, 2025, at 3:00 p.m.

14    2.    The time period of June 10, 2025, to December 9, 2025,

15  inclusive, is excluded in computing the time within which the trial

16  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

17  and (B)(iv).

18    3.    Nothing in this Order shall preclude a finding that other

19  provisions of the Speedy Trial Act dictate that additional time

20  periods are excluded from the period within which trial must

21  commence.  Moreover, the same provisions and/or other provisions of

22  //

23  //

24

25

26

27

28

2

1  the Speedy Trial Act may in the future authorize the exclusion of

2  additional time periods from the period within which trial must

3  commence.

4      IT IS SO ORDERED.

5

6  _May 6, 2025_____          _____

   DATE                              THE HONORABLE MARK C. SCARSI

7                                    UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11  _____/s/_____

    DAVID T. RYAN

12  AMANDA ELBOGEN

    Assistant United States Attorneys

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28