BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN (Cal. Bar No. 295785)
Assistant United States Attorney
Chief, National Security Division
AMANDA ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4491/5748
    Facsimile: (213) 894-2979
    E-mail:    david.ryan@usdoj.gov
               amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-283-MCS |
|---|---|
| Plaintiff, | JOINT REPORT AS TO DEFENDANT JOSE HENRY AYALA CASIMIRO |
| v. | |
| JOSE HENRY AYALA CASIMIRO, aka "Henry Ayala," aka "ayalahenry818," aka "Cocohennn," and aka "CocohennnnXdddd," | Status Conference: December 1, 2025, at 3:00 p.m. |
| | Jury Trial Date: December 9, 2025, at 8:30 a.m. |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys David T. Ryan and Amanda Elbogen, and defendant JOSE HENRY AYALA CASIMIRO, by and through his counsel of record, Deputy Federal Public Defender Shannon M. Coit, having met and conferred on May 6, 2025, hereby file this Joint Report per the Court's Standing Order for Criminal Cases.

**I.     Status of Discovery**

On April 15, 2025, a grand jury indicted defendant for violations of 18 U.S.C. §§ 2251(a), (e): Production of Child Pornography; 18 U.S.C. § 2422(b): Enticement of a Minor to Engage in Criminal Sexual Activity; and 18 U.S.C. §§ 2252A(a)(5)(B), (b)(1): Possession of Child Pornography.  (Dkt. 12.)  Defendant was arraigned on the Indictment on April 22, 2025.  (Dkt. 14.)

Pursuant to this Court's Criminal Standing Order, the government produced certain discovery to defendant including criminal history reports, body-worn camera footage, and search warrants and warrant applications.  The government has made available additional discovery to the defense, including numerous videos and photographs containing the child sexual abuse material ("CSAM") at issue in this case.  Much of the remaining discovery in this case contains information relating to child victims and/or witnesses.  Accordingly, the parties filed a stipulation for a protective order to govern the dissemination and disclosure of discovery in this case.  The Court entered that protective order earlier today.  (Dkt. 17.)  The government is in the process of providing to the defense several hundred pages of discovery pursuant to the protective order, including reports of law enforcement agencies, recordings of interviews, and records obtained from businesses.  The government anticipates that it will receive and/or obtain additional discoverable material related to this investigation, which it will produce promptly to defendant.

The government has requested reciprocal discovery from defendant.  Defendant has not yet produced any discovery to the government.

2

**II.  Discovery Disputes**

The parties have no discovery disputes at this time, but reserve the right to raise any disputes as needed.

The parties reserve the right to request additional discovery under the Federal Rules of Criminal Procedure and relevant statutory and case law.

**III. Anticipated Pretrial Motions**

The parties have not presently identified any anticipated motions, but each party reserves the right to raise issues as they arise and are evaluating them on an ongoing basis.

**IV.  Trial Date**

Earlier today, the Court granted the parties' stipulation to continue the trial to December 9, 2025.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**V.   Anticipated Length of Trial**

The government anticipates that trial will last approximately two to three days.  The trial's ultimate length will depend on whether defendant presents any evidence and whether the government presents a rebuttal case.

```
 Dated: May 6, 2025                Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   United States Attorney

                                   DAVID T. RYAN
                                   Assistant United States Attorney
                                   Chief, National Security Division


                                          /s/
                                   DAVID T. RYAN
                                   AMANDA ELBOGEN
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA



 Dated: May 6, 2025                    /s/ by email authorization
                                   SHANNON M. COIT
                                   Deputy Federal Public Defender

                                   Attorney for Defendant
                                   JOSE HENRY AYALA CASIMIRO
```